TRACY L. WILKISON
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
CEDINA M. KIM
Assistant United States Attorney
Senior Trial Attorney, Civil Division
GERALYN GULSETH, CSBN 160872
Special Assistant United States Attorney
    Social Security Administration
    160 Spear St., Suite 800
    San Francisco, CA  94105
    Telephone: (510) 970-4819
    Facsimile: (415) 744-0134
    E-mail: geralyn.gulseth@ssa.gov
Attorneys for Defendant

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| RYAN BACHRACH,<br><br>    Plaintiff,<br><br>    v.<br><br>KILOLO KIJAKAZI,[1]<br>Acting Commissioner of Social Security,<br><br>    Defendant. | No. 2:20-cv-5409-MRW<br><br>**JUDGMENT OF REMAND** |

    The Court having approved the parties' Stipulation to Voluntary Remand Pursuant to Sentence 4 of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation of Remand") lodged concurrent with the lodging of the within Judgment of Remand.

---

[1] Kilolo Kijakazi became the Acting Commissioner of Social Security on July 9, 2021. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Kilolo Kijakazi should be substituted, therefore, for Andrew Saul as the defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

|   |   |
|---|---|
| 1 | IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the Stipulation of Remand. |

DATED: 12/15/2021

_____
THE HONORABLE MICHAEL R. WILNER
UNITED STATES MAGISTRATE JUDGE